UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

SP-1726-05

## COMPLAINT

JUN 20 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

District of Columbia ss:

Defendant's Name: MICHELLE     N.     BARKSDALE     507-537     079-263
                  (First)    (MI)    (Last)         (PDID)      (CCNO)

Address: _____

On or about **JUNE 17, 2005,** within the District of Columbia, **MICHELLE N. BARKSDALE** did unlawfully, knowingly, and intentionally possess with intent to distribute 50 GRAMS or more of **COCAINE BASE, ALSO KNOWN AS CRACK** (Unlawful Possession With the Intent to Distribute a Controlled Substance-COCAINE BASE, ALSO KNOWN AS CRACK).

in violation of Title **21**, United States Code, Section **841 (b) (1) (A) (iii)**.

Affiant's Name

FILED
JUN 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed and sworn to before me this **18TH** day of **JUNE 2005**

(Judge) (Deputy Clerk)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C.3041 forthwith to answer said charge.

Issued _____    _____
                                            Judge
                                            Superior Court of the District of Columbia

| Sex: Female | DOB: 05/19/1982 | CCN: 079-263 | PDID: 507537 |
|---|---|---|---|
| Papering Officer: Jeffrey Folts of the Metropolitan Police Department | | | Badge No.: IV-74 |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I [ ]   AFTC [ ]   Domestic [ ] |