UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Mag. No. 05-0346m (TFH/JMF) |
| | : | |
| **NASHA M. BARKSDALE,** | : | |
| Defendant. | : | Hearing: not set |

MOTION FOR EMERGENCY STAY AND FOR
REVIEW AND APPEAL OF A RELEASE ORDER

*COMES NOW*, the United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, respectfully to move this Court, first, to stay defendant's release pending trial, and, second, to hear an appeal to review and overturn the Magistrate Judge's denial of the Government's motion for pre-trial detention. In support whereof, we submit as follows:

BACKGROUND

1. Metropolitan Police Department (MPD) officers arrested defendant Friday, June 17, 2005, after seizing from her home more than 600 grams of suspected crack powder plus stolen credit cards and shoes, clothes, and other items got through credit card fraud. The seizures resulted from police serving two search warrants at defendant's residence at apartment xx at xxxx xxxx xxxxxxx xxxxxx, x.x., Washington, D.C. In the course of serving a warrant relating to credit card fraud, police found the drugs in a coat pocket in a hall closet. They then obtained a second warrant to search also for drugs. Although police seized many items related to credit card fraud, other than the 600 grams of cocaine powder – worth about $60,000 0– the other drug-related item that police found was a digital scale, in the same closet as the cocaine.

2. After her arrest, defendant was charged by criminal complaint with the unlawful possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1). Her first

appearance took place June 20, 2005, before U.S. Magistrate Judge John M. Facciola, at which time the Government asked the Court to order defendant detained without bail pending trial, under 18 U.S.C. § 3142(f)(1)(C). A consolidated preliminary and detention hearing was held this afternoon, Wednesday June 22, 2005, before U.S. Magistrate Judge John M. Facciola. Metropolitan Police Department (MPD) Inv. Jeffrey Foltz testified on behalf of the Government. At that hearing, Magistrate Judge Facciola found that defendant probably had committed the drug offense charged, but released her to live at her East Capitol Street apartment, with an order to return to court Friday, June 24, 2005, to set additional conditions of release.

3. Title 18, U.S.C. § 3145(a) states:

**(a) Review of a release order** – If a person is ordered released by a magistrate, . . .

**(1)** the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release . . .

The motion shall be determined promptly.

4. The Government asks this Court to review U.S. Magistrate Judge Facciola's decision to release defendant. First, we submit that defendant's two prior convictions for credit card fraud and the massive evidence of further credit card fraud raises serious questions about defendant's ability to flee. Second, the question of danger to the community directly is raised when police find a large quantity of drugs – nearly $60,000 worth of cocaine powder – in the context of a person twice convicted of credit card fraud who admitted in Court today that she had got lots of things in her apartment by using stolen credit cards. Thus, the Government's appeal is premised upon (1) a large quantity of drugs in defendant's home, (2) a pattern of dishonest, untruthful, fraudulent activity – resulting in two convictions – to make money and acquire property; and, (3) the seeming

wherewithal to get credit devices criminally and use them to obtain money falsely, which could fund flight. Defendant's criminal activity makes her danger, and the nature of her criminal activity makes possible her flight. The drug crime gives rise to a presumption in favour of detention. Therefore, we ask the Court to review the release decision and to stay the order of release pending the review, so that the Government is not prejudiced in making its argument for detention.

*WHEREFORE*, the United States respectfully prays this Honorable Court to stay the order releasing defendant, to convene a hearing to review the decision to release defendant and to order instead that he be held without bond pending trial.

Respectfully submitted,

_____
KENNETH WAINSTEIN, Jr., Bar No. 451058
UNITED STATES ATTORNEY

_____
BARRY WIEGAND, Bar No. 424288
Assistant U.S. Attorney
Narcotics Section
555 Fourth Street, NW, Fourth floor
Washington, D.C. 20001
(202) 514-7315
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

**CERTIFICATE OF SERVICE**

I certify that I will cause service of the foregoing to be made through the ECF system and by telefaxing a copy to counsel for defendant, Mr. Peter Magnan this 22nd day of June 2005

_____
Barry Wiegand, AUSA