IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS )<br>)    MAG. NO. 05-0345M (TFH/JMF)<br>)<br>NASHA M. BARKSDALE, )<br>   DEFENDANT )<br>_____) | |

**ENTRANCE OF APPEARANCE**

**COMES NOW** Peter R. Maignan, Esq. of Maignan & Associates, LLC, and moves this Honorable Court to enter his appearance as attorney for Defendant Nasha M. Barksdale in the above-referenced case.

WHEREFORE, Petitioner prays that he may be permitted to enter his appearance as counsel of record in this case.

Respectfully submitted,

MAIGNAN & ASSOCIATES, LLC

June 23, 2005
_____/s/_____
Peter R. Maignan Esq.
8181 Professional Place, Suite 205
Landover, MD 20785
DC Bar# 461974
(301) 429-1274 (Office)
(301) 429-1279 (Fax)
*Counsel for Defendant*
*Nasha M. Barksdale*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Entrance of Appearance of Counsel has been served, via electronic filing on this 23rd day of June, 2005 upon:

Barry Wiegand
Assistant United State's Attorney Office
555 4th Street Northwest
Washington, D.C. 20530


_____/s/_____
Peter R. Maignan