# United States District Court for the District of Columbia

FILED
SEP 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**NASHA M. BARKSDALE**

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 05-323 (PLF)

I, Nasha M. Barksdale   the above named defendant, who is accused of

18 USC 1029   Access Device Fraud - Count 1
18 USC 2      Aiding and Abetting

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on September 9, 2005 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_Nasha Barksdale_
Defendant Nasha M. Barksdale

_[signature]_
Counsel for Defendant Peter Richard Maignan, Esquire

_[signature]_
Judge Paul L. Friedman
United States District Court