HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-323-01</u> |
|---|---|---|
| vs. | : | SSN: |
| BARKSDALE, Nasha | : | Disclosure Date: <u>October 11, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           10/12/05
Prosecuting Attorney                 Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant              Date          Defense Counsel         Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 25, 2005**, to U.S. Probation Officer **Tammy White**, telephone number **(202) 565-1300**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

Receipt and Acknowledgment

Paragraph 7 should read: "...which is owed to the merchants + American Express, who suffered an actual loss."

Paragraph 25 should read: "...two criminal history points..."

Paragraph 27: The government has made no concession or agreement as part of the plea in this case with regard to a D.C. Superior Court charge of welfare fraud.

Paragraph 69: Should include the following restitution address –
American Express Company
6712 Washington Avenue
Ste. 210
Egg Harbor Township, NJ 08234

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 10/12/05