PROB 12A-DC
(Rev. 03/07)

## UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

FILED

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Nasha Barksdale**　　　　　　　　　　　　　Docket No.: **CR-05-323**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violation of Probation)

COMES NOW **Pasquinucci Miller**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nasha Barksdale**, who was placed on Probation by the Honorable Paul L. Friedman, United States District Judge, sitting in the Court at Washington, D.C., on the **22** day of **November, 2005**, who fixed the period of Probation at **three** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Not incur any new credit charges, and not open any additional lines of credit, or negotiate or consummate any financial contracts without the approval of the Probation Office;

2. Provide the Probation Office with her income tax returns, authorization for release of credit information, and any other business or financial information in which she has a control or interest;

3. Pay a $100 special assessment; and

4. Pay restitution of $1,777.25, at a rate of $50.00 per month.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation of Probation

1. Ms. Barksdale is violation of her special condition that orders she pay restitution.

BARKSDALE, Nasha
Docket No.: CR-05-323
Page 2

Respectfully submitted,


Pasquinucci Miller
United States Probation Officer
(202) 565-1413


Approved By: _____
Ervin D. Bell, Supervising
United States Probation Officer


Praying the Court will order a hearing on violation of Probation. Should Your Honor concur, the attached order has been prepared.


_____
**Paul L. Friedman**
**United States District Judge**


_____
**Date**

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA



FILED

OCT 22 200?

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>**Nasha Barksdale**</u>        Docket No.: <u>**CR-05-323**</u>

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Nasha Barksdale** before the Court on 10/24/07 at 1:30 pm

*Mag. Judge Robinson*

### ORDER OF COURT

Considered and ordered this _22_ day of _October_, 2007.

_____
Paul L. Friedman
United States District Judge