PROB 12A-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 2 700.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Nasha Barksdale**                    Docket No.: **CR-05-323**

## REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violation of Probation)

COMES NOW **Pasquinucci Miller**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nasha Barksdale**, who was placed on Probation by the Honorable Paul L. Friedman, United States District Judge, sitting in the Court at Washington, D.C., on the **22** day of **November, 2005**, who fixed the period of Probation at **three** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1.      Not incur any new credit charges, and not open any additional lines of credit, or negotiate or consummate any financial contracts without the approval of the Probation Office;

2.      Provide the Probation Office with her income tax returns, authorization for release of credit information, and any other business or financial information in which she has a control or interest;

3.      Pay a $100 special assessment; and

4.      Pay restitution of $1,777.25, at a rate of $50.00 per month.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Statement of Alleged Violation of Probation

1.      **Ms. Barksdale is violation of her special condition that orders she pay restitution.**

**BARKSDALE, Nasha**
**Docket No.: CR-05-323**
**Page 2**

Respectfully submitted,


Pasquinucci Miller
United States Probation Officer
(202) 565-1413


Approved By:       _Ervin D. Bell_
                   Ervin D. Bell, Supervising
                   United States Probation Officer


Praying the Court will order a hearing on violation of Probation.  Should Your Honor concur, the attached order has been prepared.


                   _Paul L. Friedman_
                   **Paul L. Friedman**
                   **United States District Judge**


                   _October 22, 2007_
                   **Date**

# UNITED STATES DISTRICT COURT
# FOR THE
# THE DISTRICT OF COLUMBIA



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Nasha Barksdale**        Docket No.: **CR-05-323**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Nasha Barksdale** before the Court on 10|24|07 at 1:30 pm

Mag. Judge Robinson

### ORDER OF COURT

Considered and ordered this _22_ day of _October_, 2007.

_____
Paul L. Friedman
United States District Judge